UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

Arvelo,

           -v.-

     11 Civ. 6229 (RWS)

NYC

------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/12

Please be advised that the conference scheduled for 10-31-12 has been rescheduled to 11-14-12 at 4:30 p.m. in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
11-5-12

ROBERT W. SWEET
United States District Judge